IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br><br>vs.<br><br>CARVER R. PIERCE,<br><br>        Defendant. | 8:07CR397<br><br>**ORDER** |

Defendant Carver R. Pierce appeared before the court on February 1, 2019, on a Petition for Warrant or Summons for Offender Under Supervision [116]. Defendant was represented by Assistant Federal Public Defender Jeffrey L. Thomas, and the government was represented by Assistant U.S. Attorney Gregory D. Artis, Jr. Defendant waived his right to a probable cause hearing on the Petition pursuant to Fed. R. Crim. P. 32.1(b)(1)(A). The government moved for detention. Defendant is in the custody of authorities for the State of Nebraska. Therefore, the government's oral motion for detention should be held in abeyance.

I find that the Petition [116] alleges probable cause and that Defendant should be held to answer for a final dispositional hearing before Senior Judge Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing on the Petition for Warrant or Summons for Offender Under Supervision [116] will be held before Senior Judge Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on March 21, 2019, at 11:00 a.m. Defendant must be present in person.

2. The government's motion for detention pursuant to the Bail Reform Act is held in abeyance pending Defendant coming into federal custody.

3. The U.S. Marshal is authorized to return Defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of Defendant.

Dated this 4th day of February, 2019.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge